# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# AMENDED CIVIL MINUTE ORDER

**CASE NO.: C-01-1780 CRB (JCS)**

**CASE NAME:** Juleus Chapman, et al. v. California Dept. of Education, et al.

**MAGISTRATE JUDGE JOSEPH C. SPERO**   **COURTROOM DEPUTY:** Karen Hom

**DATE:** June 22, 2005   **TIME:** .5 hr   **COURT REPORTER:** Not Reported

**COUNSEL FOR PLAINTIFF:**   **COUNSEL FOR DEFENDANT:**

Sidney Wolinsky   Douglas Press

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE   ☐ FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:

X TELEPHONIC CONFERENCE RE: set date for further settlement conference

☐ OTHER:

CASE CONTINUED TO: July 26, 2005 @ 9:30 a.m.   FOR A Further Settlement Conference

NOTES:

Parties shall lodge mediation statements (non-confidential) with Judge Spero by Monday, July 20, 2005 by Noon. Court to prepare Order.