UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULEUS CHAPMAN, ET AL., | No. C-01-1780 CRB (JCS) |
| Plaintiff(s), | |
| v. | **AMENDED NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| CALIFORNIA DEPARTMENT OF EDUCATION, ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On June 22, 2005, a telephonic scheduling conference was held. Sidney Wolinsky, counsel for Plaintiffs, appeared. Douglas Press, counsel for California Department of Education, appeared.

You are hereby notified that a Further Settlement Conference is scheduled for **July 26, 2005, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Pursuant to the telephonic conference, IT IS HEREBY ORDERED as follows:

1. By **June 28, 2005,** Plaintiffs shall present to Defendants a specific settlement proposal, with copy to Judge Spero. In addition, Plaintiffs will also (1) provide reasons/support for proposal, and (2) further articulate what they believe are the goals of the mediation (limited to ten (10) pages total).

2. By **July 11, 2005,** Defendants shall respond in detail to the settlement proposal, with acceptance or specific amendments/counter-proposals and supporting reasons (limited to ten (10) pages total), with copy to Judge Spero.

3. By **July 14, 2005,** the parties shall have a first meeting to discuss proposals/responses, and narrow issues for mediation. This meeting will be held at Plaintiffs' counsel's office. At least one member of the California Board of Education and one high-ranking official of the

Department of Education should be present. A written report on the first meeting shall be submitted to Judge Spero. The parties may agree to additional pre-settlement conference meetings.

4. By **noon on July 20, 2005,** the parties shall lodge non-confidential mediation statements with Judge Spero.

IT IS SO ORDERED.

Dated: June 27, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge

2